KEVIN V. RYAN (CA SBN 118321)
United States Attorney
JOANN M. SWANSON (CA SBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CA SBN 154364)
Assistant United States Attorney

  150 Almaden Blvd., Suite 900
  San Jose, California 95113-3081
  Telephone: 408-535-5082
  Facsimile:  408-535-5081
  Claire.Cormier@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WINONA HENEBRY, ) | **C06-02926 JW (PVT)** |
|     Plaintiff, ) | |
| v. ) | **JOINT CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;** ORDER OF RANDOM REASSIGNMENT |
| UNITED STATES OF AMERICA, ) | |
|     Defendant. ) | |

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the parties to this action, through their attorneys of record, hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

                                      Respectfully submitted,

                                      KEVIN V. RYAN
                                      United States Attorney

DATED: July 6, 2006                            /s/
                                      Claire T. Cormier
                                      Assistant United States Attorney

ABRONSON LAW OFFICE

DATED: July 6, 2006                                /s/
                                    Louis S. Abronson
                                    Attorney for Plaintiff

Of Counsel for United States of America:
Joseph R. Doyle
United States Postal Service
National Tort Center
PO Box 66640
St. Louis, Missouri 63166-6640
Tel:    (314) 872-5154
Fax:    202-406-4623

    APPROVED AND SO ORDERED.  CASE TO BE RANDOMLY REASSIGNED TO A MAGISTRATE JUDGE.

Dated: August 30, 2006                      _____
                                    JAMES WARE
                                    U.S. DISTRICT JUDGE