*E-FILED 9/7/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINONA HENEBRY | No. 06-02926 RS |
| Plaintiff(s), | ORDER SETTING CASE MANAGEMENT CONFERENCE |
| v. | [Reassigned Case] |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Richard Seeborg for trial and all further proceedings,

IT IS HEREBY ORDERED, pursuant to Fed.R.Civ.P. 16 and Civil L.R. 16-10, that a Case Management Conference shall be held in this case on **October 4, 2006 at 2:30 p.m.** in Courtroom 4, 5th Floor, U.S. District Court, 280 South First Street, San Jose, California.

The parties shall appear in person or through counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10.  No later than **September 27, 2006**, the parties shall file a Joint Case Management Conference Statement.

///

All documents filed in this matter shall list the civil case number followed only by the initials "**RS**."

Dated: September 7, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Louis Abronson, Esq.
Email: lsabron@cablerocket.com

**Counsel for Defendant(s)**

Claire T. Cormier, Esq.
Email: claire.cormier@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: September 7, 2006

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg