**\*E-FILED\***
**September 27, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINONA HENEBRY,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant.<br>_____/ | No. C 06-02926 RS<br><br>**ORDER CONTINUING CASE**<br>**MANAGEMENT CONFERENCE** |

At the request of the parties and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference in the above-entitled matter currently set for October 4, 2006 at 2:30 p.m. is continued to **November 8, 2006 at 2:30 p.m.** The parties shall file a joint Case Management Conference Statement no later than November 1, 2006.

Dated: September 27, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Louis S. Abronson     lsabron@cablerocket.com

Claire T. Cormier     claire.cormier@usdoj.gov

Dated: September 27, 2006

　　　　　　　　　　　　　　　　　　　　　/s/ BAK
　　　　　　　　　　　　　　　　　　　　　Chambers of Magistrate Judge Richard Seeborg

2