**United States District Court**
For the Northern District of California

\*E-FILED\*
**October 31, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINONA HENEBRY, | No. C 06-02926 RS |
| Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

At the request of the parties and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference in the above-entitled matter currently set for November 8, 2006 at 2:30 p.m. is continued to **December 6, 2006 at 2:30 p.m.** The parties shall file a joint Case Management Conference Statement no later than November 29, 2006.

Dated: October 31, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Louis S. Abronson    lsabron@cablerocket.com

Claire T. Cormier    claire.cormier@usdoj.gov

Dated: October 31, 2006

    /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

2